■ JESSICA ROBINSON, Respondent, v TICARA LAWRENCE et al., Appellants. [952 NYS2d 468]—

The defendants failed to meet their prima facie burden of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). The defendants failed to adequately address the plaintiff's claim, set forth in her bill of particulars, that as a result of the subject accident, she sustained certain injuries to her right knee (*see Rahman v Sarpaz*, 62 AD3d 979, 980 [2009]; *Joseph v Hampton*, 48 AD3d 638, 638-639 [2008]).

Accordingly, the Supreme Court properly denied the defendants' motion for summary judgment dismissing the complaint, regardless of the sufficiency of the plaintiff's opposition papers (*see Rahman v Sarpaz*, 62 AD3d at 980; *Joseph v Hampton*, 48 AD3d at 639). Angiolillo, J.P., Balkin, Austin and Miller, JJ., concur.